IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| RICHARD DANA EHRHART | ) | |
| | ) | **ORDER** |
| | ) | |
| DISCIPLINARY ACTION IN THE UNITED | ) | **OF REINSTATEMENT** |
| STATES DISTRICT COURT FOR THE | ) | |
| MIDDLE DISTRICT OF NORTH CAROLINA | ) | 1:17MC47 |

On April 3, 2018, the court was notified by the Clerk of the Disciplinary Hearing Commission of the North Carolina State Bar that RICHARD DANA EHRHART has satisfied all requirements of reinstatement, having paid all annual membership fees and or complied with all Continuing Legal requirements for reinstatement, as set out in the N.C. State Bar's Order filed October 13, 2017.

THEREFORE, IT IS ORDERED pursuant to LR 83.10h(a), the privilege of RICHARD DANA EHRHART is REINSTATED in the Middle District of North Carolina.

This the 9th day of April, 2018.

\_\_\_\_\_/s/\_\_\_\_ Thomas D. Schroeder
Chief United States District Judge
Middle District of North Carolina
